

# Service of Process Transmittal
09/17/2019
CT Log Number 536264032

| | |
|---|---|
| **TO:** | KIM LUNDY SERVICE OF PROCESS<br>WALMART INC.<br>702 SW 8TH ST, MAILSTOP 0215<br>BENTONVILLE, AR 72716-6299 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | WALMART INC. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Barrientes Rosa, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition, Request(s), First Set of Interrogatories, First Set of Request |
| **COURT/AGENCY:** | 210th Judicial District Court El Paso County, TX<br>Case # 2019DCV3272 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 4/3/2019 - El Paso County, Texas |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/17/2019 at 13:06 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of twenty days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Rodrigo V. Ramos<br>Scherr & Legate, PLLC<br>109 N. Oregon, 12th Floor<br>El Paso, TX 79901<br>(915) 544-0100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/17/2019, Expected Purge Date: 09/22/2019<br><br>Image SOP<br><br>Email Notification, KIM LUNDY SERVICE OF PROCESS ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / YC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT "A"